# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NIKKI PARHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 18-cv-4678 |
| ) | |
| LAKEVIEW LOAN SERVICING, LLC, et al., ) | Hon. Charles R. Norgle |
| ) | |
| Defendants. ) | |

## ORDER

At the status hearing held on December 11, 2018, counsel informed the Court of the existence of a final court order in Illinois state court related to this matter. The parties shall brief the Court on the relationship between the state foreclosure action and this case. Specifically, the litigants shall brief the Court on the *Rooker-Feldman* doctrine as it applies. The *Rooker-Feldman* doctrine stands for the proposition that "lower federal courts do not have subject matter jurisdiction over claims seeking review of state court judgments." Long v. Shorebank Dev. Corp., 182 F.3d 548, 554 (7th Cir. 1999); Rooker v. Fidelity Trust Co., 263 U.S. 413, 415–16 (1923); District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 482–86 (1983). "Rooker-Feldman… applies where the plaintiff seeks relief that is tantamount to vacating the state judgment." Mains v. Citibank, N.A., 852 F.3d 669, 675 (7th Cir. 2017). "The doctrine applies not only to claims that were actually raised before the state court, but also to claims that are inextricably intertwined with state court determinations." Long, 182 F.3d at 554.

Furthermore, the litigants shall brief the Court on the efforts made to present the claims pleaded here in the state-court proceeding. See Pennzoil Co. v. Texaco, Inc., 481 U.S. 1, 15 (1987) ("[W]hen a litigant has not attempted to present his federal claims in related state-court proceedings, a federal court should assume that the state procedures will afford an adequate remedy."). Plaintiff's brief addressing these issues is due January 21, 2019, with Defendants' reply due January 23, 2019. A status hearing remains set for January 25, 2019.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: December 12, 2018