**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Nikki Parham

                      Plaintiff,

v.                                                  Case No.: 1:18−cv−04678
                                                        Honorable Charles R. Norgle Sr.

Lakeview Loan Servicing, LLC, et al.

                      Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, March 20, 2019:

      MINUTE entry before the Honorable Charles R. Norgle: Status hearing held on 3/20/2019. Plaintiff shall produce copies of all state court orders within 28 days. Status hearing is continued to 6/28/2019 at 10:00 a.m. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.