**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NIKKI PARHAM, individually and on behalf of her minor child, B.M., | |
| Plaintiffs, | Case No. 1:18-cv-04678 |
| v. | Honorable Charles R. Norgle, Sr. |
| LAKEVIEW LOAN SERVICING, LLC and CENLAR FSB, | Magistrate Judge M. David Weisman |
| Defendants. | |

**PLAINTIFFS' SUPPLEMENTAL SUBMISSION IN SUPPORT
OF THE INAPPLICABILITY OF THE ROOKER-FELDMAN DOCTRINE**

Pursuant to the Court's March 20, 2019 Order [Doc. # 25], Plaintiff hereby submit all orders entered by the Circuit Court of Cook County in the case styled as *Lakeview Loan Servicing v. Nikki Parham et al; Case No. 2016-CH-00476* as follows:

**Exhibit A**

- March 14, 2016 Mortgage Foreclosure Case Management/Status Order.

**Exhibit B**

- September 13, 2016 Order Dismissing Unknown Owners and Nonrecord Claimants;
- September 13, 2016 Order of Default; and
- September 13, 2016 Judgment for Foreclosure and Sale.

**Exhibit C**

- July 27, 2017 Order Denying Defendant's Motion to Stay Judicial Sale; and
- July 27, 2017 Order Denying Defendant's Motion to File Counterclaims.

**Exhibit D**

- December 19, 2017 Order Withdrawing Defendant's Motion to Stay Judicial Sale.

**Exhibit E**

- July 13, 2018 Dismissal Order.

DATED: April 16, 2019                          Respectfully Submitted,

                                                     */s/ Joseph S. Davidson*

                                                     Joseph S. Davidson
                                                     Mohammed O. Badwan
                                                     SULAIMAN LAW GROUP, LTD.
                                                     2500 South Highland Avenue
                                                     Suite 200
                                                     Lombard, Illinois 60148
                                                     +1 630-575-8181
                                                     jdavidson@sulaimanlaw.com
                                                     mbadwan@sulaimanlaw.com

                                                     *Counsel for Nikki Parham, individually and on behalf of her minor child, B.M.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<em>/s/ Joseph S. Davidson</em>