**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NIKKI PARHAM, individually and on behalf of her minor child, B.M., | 18-cv-04678 |
| Plaintiffs, | Honorable Charles R. Norgle, Sr. |
| v. | Magistrate Judge M. David Weisman |
| LAKEVIEW LOAN SERVICING, LLC and CENLAR FSB, | |
| Defendants. | |

**AGREED DISCOVERY PLAN**

Pursuant to the Court's September 11, 2019 Order (Dkt. 32), the Parties submit the following Agreed Discovery Plan:

**1.     Discovery plan:**

i.     Rule 26(a)(1) disclosures to be exchanged by October 31, 2019.

ii.     Written discovery to be issued by December 15, 2019.

iii.     Fact discovery to be completed by April 1, 2020.

iv.     The Parties anticipate discovery regarding Plaintiff's allegations of entry into the house; and damages including alleged physical damage to a door, conversion of a television. and mental distress.

v.     The Parties do not anticipate any issues about disclosures, discovery, privilege or preservation of ESI. It is currently anticipated that ESI will be produced in pdf format. The Parties anticipate requesting the Court to enter this District's form protective order, inclusive of a qualified HIPAA protective order for medical records, if any.

1

      vi.    The Parties do not anticipate any expert discovery at this time and request a status hearing in May 2020 to discuss any potential need for expert discovery.

**2.**    **Trial:**

i. Parties have both demanded a jury trial.

ii. Defendants anticipate filing a motion for summary judgment. In the event that summary judgment is denied, the Parties anticipate they will be ready for trial within sixty days of such a ruling.

Dated: October 8, 2019

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| By: /s/ *Mohammed O. Badwan* | By: */s/ Adam L. Saper* |
| Mohammed O. Badwan | Adam L. Saper |
| SULAIMAN LAW GROUP, LTD. | Carlos A. Ortiz |
| 2500 S. Highland Avenue, Suite 200 | Brandon S. Stein |
| Lombard, IL 60148 | Hinshaw & Culbertson LLP |
| Phone: (630) 575-8180 | 151 North Franklin Street, Suite 2500 |
| mbadwan@sulaimanlaw.com | Chicago, Illinois 60606 |
| *Attorney for Plaintiffs* | Telephone: 312-704-3000 |
| | Facsimile: 312-704-3001 |
| | asaper@hinshawlaw.com |
| | cortiz@hinshawlaw.com |
| | bstein@hinshawlaw.com |
| | *Attorneys for Defendants* |