# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NIKKI PARHAM, individually and on behalf of her minor child, B.M., <br><br> Plaintiffs, <br><br> v. <br><br> LAKEVIEW LOAN SERVICING, LLC and CENLAR FSB, <br><br> Defendant. | Case No: 1:18-cv-04678 <br><br> Honorable Charles R. Norgle, Jr. <br><br> Honorable M. David Weisman <br> Magistrate Judge |

## NOTICE OF MOTION

To:    All Counsel of Record

**PLEASE TAKE NOTICE**, that on **February 21, 2020 at 10:30 am**, or as soon as counsel shall be heard, the undersigned shall appear before the **Honorable Charles R. Norgle** in **Courtroom 2341**, located in the **Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604**, and then and there present **Plaintiff's Unopposed Motion to Amend Complaint,** a copy of which is served upon you.

Dated:  February 10, 2020

Respectfully submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq.
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone (630)575-8180
mbadwan@sulaimanlaw.com

1

## **CERTIFICATE OF SERVICE**

  I, Mohammed O. Badwan, an attorney, certify that a true and correct copy of the foregoing **Notice of Motion and Plaintiff's Unopposed Motion to Amend Complaint** was served via ECF, this 10th day of February 2020, which will send notice to all parties of record.

<em>/s/ Mohammed O. Badwan</em>