IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NIKKI PARHAM, individually and on behalf of her minor child B.M., <br><br> Plaintiff, <br><br> v. <br><br> LAKEVIEW LOAN SERVICING, LLC, CENLAR FSB, FIVE BROTHERS MORTGAGE COMPANY SERVICES AND SECURING INC., and MASTERBUILT CONSTRUCTION, INC. <br><br> Defendants. | Case No. 1:18-cv-04678 <br><br> Hon. Charles R. Norgle, Sr. <br><br> Magistrate Judge M. David Weisman |

**MASTERBUILT'S MOTION TO WITHDRAW ANSWER TO FIRST AMENDED COMPLAINT AND LEAVE TO JOIN MOTION TO DISMISS OR ALTERNATIVELY FOR LEAVE TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES**

NOW COME Defendant, Masterbuilt Construction, Inc. ("Masterbuilt") and pursuant to Federal Rule of Civil Procedure 15(a) moves this Court for entry of an order withdrawing its answers to Count IV and Count V of Plaintiffs' Amended Complaint (Dkt. 59) and granting leave to join Defendant Five Brothers Motion to Dismiss Counts III, IV, V, and VI of the Plaintiff's First Amended Complaint Pursuant to FRCP 12(b)(6) (Dkt. 70) ("Defendant Five Brothers Motion to Dismiss"). Alternatively, in the event this Court denies Masterbuilt's request, Masterbuilt pursuant to Federal Rule of Civil Procedure 15(a) moves this court for entry of an order for leave to file an amended answer and affirmative defenses. In support of its motion, Masterbuilt states as follows:

1. On May 28, 2020, Masterbuilt filed its Answer and Affirmative Defenses to Counts II, IV-V and VII of Plaintiffs' First Amended Complaint (Dkt. 59) and its Motion to

Dismiss Count III and VI of the Plaintiff's First Amended Complaint and its Memorandum in Support (Dkt. 61).

2. After further review of Plaintiffs' First Amended Complaint, Masterbuilt seeks to withdraw the answers to Counts IV and V previously filed and requests leave of Court to join Defendant Five Brothers Motion to Dismiss. The requested leave is not presented for the purposes of delay, but rather to allow Masterbuilt to adequately and competently defend against the claims advanced in the First Amended Complaint. No prejudice will be suffered by any party if this motion is granted, but Masterbuilt will be prejudiced should this motion be denied.

3. Rule 15(a) of the Federal Rules of Civil Procedure allows for the liberal amendment of pleadings with the written consent of the opposing party written or leave of the court. "The court should freely give leave when justice so requires." Fed.R.Civ.P 15(a). The function of this Rule "is to enable a party to assert matters that were overlooked or were unknown at the time he interposed the original answer." *Peterson v. Elmhurst Anesthesiologists, P.C.,* No. 93 C 1468, 1993 U.S. Dist. LEXIS 14015, * 4 (Sept. 30, 1993 N.D. IL).

4. It is well established that the policy behind Rule 15(a) "is to freely allow amendments unless the rights of the adverse party would be unduly prejudiced." *In re: Energy Cooperative, Inc.,* No. 81 B 5811, 1998 U.S. Dist. LEXIS 11707 at ** 2, 4-5 (Oct. 13, 1988 N.D. IL) ("[a]lmost every amendment … results in some prejudice … the test in each case, therefore, is whether undue prejudice would result").

5. Additionally, the purpose of the Rule "'is to provide maximum opportunity for each claim to be decided on its merits rather than on procedural technicalities.'" *American Broadcasting Co., Inc. v. Maljack Productions, Inc.,* No. 97 C 6510, 1998 U.S. Dist. LEXIS 9145 at * 3 (June 8, 1998 N.D. IL) (citing Wright, Miller & Kane, *Federal Practice and*

*Procedure,* § 1471, at 506 (1990)). *See also, Peterson v. Elmhurst Anesthesiologists, P.C., supra* at * 7 ("[t]he policy of the federal rules is to permit liberal pleading and amendment, thus facilitating adjudication on the merits while avoiding excessive formalism.").

6. Since the date that Masterbuilt filed its Answer, nothing has happened in the case. No discovery has been propounded or answered and no other pleadings have been filed other than Five Brothers' Motion to Dismiss.

7. Alternatively, should this Court deny Masterbuilt's request to withdraw its answers to Counts IV and V of Plaintiffs' First Amended Complaint and join Defendant Five Brothers Motion to Dismiss, Masterbuilt seeks leave of Court to amend its answer and affirmative defenses.

8. In particular, in the alternative, Masterbuilt requests leave to file an amended answer that specifically adds to its affirmative defenses as follows:

Seventh Affirmative Defense

Plaintiff's claims under Counts IV, V and VI against Masterbuilt are barred in whole or in part by the applicable statutes of limitations.

WHEREFORE, Defendant MASTERBUILT CONSTRUCTION, INC. respectfully requests that this Court enter an order withdrawing its answer and granting it leave to join Five Brothers' Motion to Dismiss, or alternatively for leave to amend its answer and affirmative defenses to add a Seventh Affirmative Defense, and for any other appropriate and just relief.

Dated: July 6, 2020   */s/ Fielden A. Fleming*
Adam C. Toosley (Illinois: 6276856)
Fielden A. Fleming (Illinois: 6303305)
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606312-360-6000
***Attorneys for MASTERBUILT CONSTRUCTION, INC.***

5313037v1/33300-0001

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he served or caused to be served, a copy of the attached **Masterbuilt Motion to Withdraw Answer to First Amended Complaint and Leave to Join Motion to Dismiss or Alternatively for Leave to File Amended Answer and Affirmative Defenses** to counsel of record listed below via the ECF filing system on **July 6, 2020**.

*Counsel for Plaintiffs*

Mohammed O. Badwan
Joseph S. Davidson
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue
Suite 200
Lombard, IL 60148
mbadwan@sulaimanlaw.com
jdavidson@sulaimanlaw.com

*Counsel for Five Brothers Mortgage Company Services*

Lori A. Vanderlaan
Fritz V. Wilson
Best, Vanderlaan & Harrington
25 E. Washington St.
Suite 800
Chicago, Illinois 60602
lvanderlaan@bestfirm.com
fwilson@bestfirm.com
eservice@bestfirm.com

*Counsel for Lakeview Loan Servicing and Cenlar FSB*

Adam L. Saper
Carlos A. Ortiz
Hinshaw & Culbertson LLP
151 N. Franklin Street
Suite 2500
Chicago, IL 60606
asaper@hinshawlaw.com
cortiz@hinshawlaw.com

/s/ Fielden A. Fleming
Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the above signed certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the above signed certifies as aforesaid that he verily believes the same to be true.

5313037v1/33300-0001