UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Nikki Parham

                                Plaintiff,

v.                                                        Case No.: 1:18−cv−04678
                                                         Honorable Charles R. Norgle Sr.

Lakeview Loan Servicing, LLC, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 22, 2020:

      MINUTE entry before the Honorable Charles R. Norgle: Motion to Withdraw Answer to First Amended Complaint and Leave to Join Motion to Dismiss or Alternatively for Leave to File Amended Answer and Affirmative Defenses [72] is granted. Responses to Motion to Dismiss Count III and VI [70] are due on 8/14/2020. Replies are due on 8/28/2020. No appearance is required on Friday, July 24, 2020. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.