# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Nikki Parham

                                    Plaintiff,

v.                                                 Case No.: 1:18−cv−04678
                                                                Honorable Charles R. Norgle Sr.

Lakeview Loan Servicing, LLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 30, 2020:

      MINUTE entry before the Honorable Charles R. Norgle: Masterbuilt and Five Brothers Joint Motion to Strike Request for Admissions and for Additional Time to Answer Request for Admissions [91] is granted. No appearance is required on Friday, December 4, 2020. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.