# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Nikki Parham

                        Plaintiff,

v.                                                   Case No.: 1:18−cv−04678
                                                  Honorable Charles R. Norgle Sr.

Lakeview Loan Servicing, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 18, 2021:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Parties appeared telephonically. All parties intend to participate in a video settlement conference except for defendant Lakeview Loan Servicing, LLC. A telephonic status hearing is set for 10/29/2021 at 9:15 a.m. Parties shall dial in using the Court's conference call−in number. The conference call−in number is 1−877−411−9748 and the passcode is 1814539. If a settlement conference is scheduled prior to 10/29/2021, the status will be stricken, and no appearance will be necessary. Plaintiff will need to send a settlement letter to defendants two weeks prior to the scheduled settlement conference. Plaintiff has leave to present a settlement letter consisting of seven pages. Defendants' responses shall each be delivered to plaintiff one week prior to the settlement conference. Each defendant's letter must consist of no more than five pages not including attachments. The parties must also submit their respective documents by email to Proposed_Order_Weisman@ilnd.uscourts.gov. Please note that settlement letters are not to be filed on the CM−ECF system. Parties shall confer and send ONE email to Weisman_Chambers@ilnd.uscourts.gov, one week prior to the settlement conference identifying the email addresses of the individuals who intend to participate in the settlement conference. Parties have no objection to the Court having ex parte discussions with counsel in advance of the settlement conference if the Court believes such conversations would be warranted. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.