**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NIKKI PARHAM, individually and on behalf of her minor child, B.M., <br><br> Plaintiffs, <br><br> v. <br><br> LAKEVIEW LOAN SERVICING, LLC and CENLAR FSB, <br><br> Defendants. | 18-cv-04678 <br><br> Honorable Charles R. Norgle, Sr. <br><br> Magistrate Judge M. David Weisman |

## JOINT STATUS REPORT

Pursuant to the Court's December 15, 2021 Order (Dkt. 125), the Parties submit the following Joint Status Report:

1. **Pending Motions:** None.

2. **Status of Discovery:**

    a. **Fact Discovery Deadline**: March 30, 2022 (current). The Parties anticipate filing an agreed motion seeking an extension of the deadline through April 30, 2022 because the parties dedicated substantial time to ultimately unsuccessful settlement efforts.

    b. **Written Discovery**: the Parties have substantially completed written discovery. Plaintiffs will be requesting discovery conferences with all Defendants in very short order. The Parties have worked amicably together from the inception of the case and will work in good faith to resolve any discovery issues without court intervention.

1

c. **Oral Discovery**:[1]

    a. **Completed Depositions**:

        i. Plaintiffs.

        ii. Dr. Phitsanuwong.

    b. **Scheduled Depositions**:

        i. Dr. Shawn Brickner: Confirmed for February 8, 2022.

        ii. Masterbuilt Construction, Inc.: Confirmed for March 3, 2022.

        iii. Five Brothers Mortgage Company Services and Securing, Inc.: Confirmed for March 14, 2022.

        iv. Cenlar: Confirmed for March 28, 2022.

    c. Anticipated Depositions:

        i. Tommy Smith;

        ii. Craig Bizar;

        iii. Mabel Parham;

        iv. Patricia Banks;

        v. Gloria Crump;

        vi. Danielle Parham;

        vii. Taylor Martin;

        viii. Paris Parham;

---

[1] The Parties appeared for a settlement conference on December 13, 2021. The Parties were unable to reach a settlement. In an effort to reduce the costs of litigation and increase the chances of settlement, the Parties agreed to hold off on Defendants' depositions until after the settlement conference.

      ix. Keisha Parham.

3. **Suggested Trial Date:**

   a. **Plaintiffs:** In light of the fact that the case was filed in **2018**, Plaintiffs are requesting the first available trial date in August 2022.

   b. **Defendants:** Dispositive motions are due to be filed on May 31, 2022. All defendants anticipate filing dispositive motions on each of the eight counts of the complaint directed against them. Dispositive motion briefing is scheduled to be completed on July 5, 2022. To provide sufficient time for the Court to resolve Defendants' dispositive motions in advance of trial, Defendants propose a trial date of January 30, 2023. Moreover, while Plaintiffs are correct that the case was filed in 2018, two of the Defendants, Five Brothers and Masterbuilt, were not added to the case until March, 2020.

4. **Other Issues that Need Court's Attention:** None

Dated: January 31, 2022

| **PLAINTIFFS** | **LAKEVIEW LOAN SERVICING, LLC AND CENLAR FSB** |
|---|---|
| By: /s/ *Mohammed O. Badwan*<br>Mohammed O. Badwan<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Avenue, Suite 200<br>Lombard, IL 60148<br>Phone: (630) 575-8180<br>mbadwan@sulaimanlaw.com | By: */s/ Michael P. Adams*<br>Michael P. Adams<br>Hinshaw & Culbertson LLP<br>151 North Franklin Street, Suite 2500<br>Chicago, Illinois 60606<br>Telephone: 312-704-3000<br>Facsimile: 312-704-3001<br>madams@hinshawlaw.com |

| | |
|---|---|
| **FIVE BROTHERS MORTGAGE COMPANY SERVICES AND SECURING, INC.** | **MASTERBUILT CONSTRUCTION, INC.** |
| By: */s/ Fritz V. Wilson*<br>Fritz V. Wilson<br>Lori A. Vanderlaan<br>Best, Vanderlaan & Harrington<br>25 E. Washington St.<br>Suite 800<br>Chicago, IL 60602<br>(312) 465-8968<br>fwilson@bestfirm.com<br>lvanderlaan@bestfirm.com | By: */s/ Ryan G. Rudich*<br>Ryan G. Rudich<br>Fielden A. Fleming<br>Freeborn & Peters LLP<br>311 S. Wacker Ave.<br>Suite 3000<br>Chicago, IL 60606<br>(312) 360-6789<br>rrudich@freeborn.com<br>ffleming@freeborn.com |